# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNATHAN K'SHAWN JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10969** |
| **TINA LEDET, ET AL.** | **SECTION: "T"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion filed by Terrebonne Parish Sheriff Jerry Larpenter and Warden Steve Bergeron, Rec. Doc. 22, is **GRANTED** and that the claims against those defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims against Terrebonne Parish President Gordon Dove are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim on which relief can be granted.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Richard Neal and Nurses Tina Ledet, "Kelly," "David," "Kelsey," and "Dominique," Rec. Doc. 20, is **DENIED IN PART AND GRANTED IN PART**. It is **ORDERED** that the motion is **DENIED** with respect to the individual-capacity claims against Nurses Tina Ledet, "Dominique," and "Kelsey" for ignoring

plaintiff's complaints of pain during sickle cell crises. It is **ORDERED** that the motion is **GRANTED** in all other respects and that all other claims against Richard Neal and Nurses Tina Ledet, "Kelly," "David," "Kelsey," and "Dominique" are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of November, 2019.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**